**Raymond SALES, Appellant,**

v.

**Stanley BANK, Respondent.**

**No. WD 71208.**

Missouri Court of Appeals,
Western District.

June 22, 2010.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 2010.

Application for Transfer Denied
Sept. 21, 2010.

Lynn K. Ballew, Harrisonville, MO, for Appellant.

Rebecca J. King, Melissa A. Hoag Sherman, Overland Park, KS, for Respondent.

Before THOMAS H. NEWTON, C.J., JAMES EDWARD WELSH, and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Mr. Raymond Sales appeals the trial court's judgment denying his motion for a preliminary injunction, dissolving a temporary restraining order, and dismissing the case with prejudice.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

Before Division Three: JAMES M. SMART, JR., Presiding Judge, JOSEPH M. ELLIS, Judge and GARY D. WITT, Judge.